## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Trent Rollins,                              :
                    Appellant              :
                                           :
          v.                               :
                                           :
Sgt. O'Donnell, D. Bunner,                 :
Hearing Examiner, John                     :
Kerestes, Superintendent,                  :
Pa. Department of Corrections              :          No. 2187 C.D. 2014

## **O R D E R**

NOW, August 27, 2015, having considered appellant's application for

reargument, the application is denied.

_____
DAN PELLEGRINI,
President Judge